IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

CASE NO. CV507-29

## GENERAL ORDER

Federal Rule of Civil Procedure 26(f) requires the parties to confer, develop

a proposed discovery plan, and submit a report to this Court. Subsequent to the

filing of the report, a Scheduling Order must be entered pursuant to Fed. R. Civ. P.

16(b). Therefore, by the earlier of twenty (20) days after the filing of the last

answer of the defendants named in the original complaint or forty-five (45) days

after the first appearance by answer or motion under Fed. R. Civ. P. 12 of a

defendant named in the original complaint, the parties shall confer as provided in

Rule 26(f). See L.R. 26.1(a). Thereafter, within ten (10) days after the required

conference held pursuant to 26(f), the parties shall submit to the Court a written

report conforming to the language and format of the Rule 26(f) Report attached to

this Order outlining their discovery plan. See L.R. 26.1(b).

Except in unusually protracted or complex cases, the parties will be expected

to adhere to the following deadlines and limitations:

1.    The parties shall serve all written discovery on opposing parties and
      shall complete all depositions within 140 days of the filing of the last
      answer of the defendants named in the original complaint. See L.R.
      26.1(d)(i).

2.  The plaintiff must furnish the <u>expert witness reports</u> required by Rule 26(a)(3) within **60 days** after the Rule 26(f) conference.  <u>See</u> L.R. 26.1(d)(ii).

3.  The defendant must furnish the expert witness reports required by Rule 26(a)(2) within **90 days** after the Rule 26(f) conference (or **60 days** after the answer, whichever is later).  <u>See</u> L.R. 26.1(d)(iii).

4.  The last day for <u>filing motions to add or join parties or amend the pleadings</u> is **60 days** after the first answer of the defendants named in the original complaint.  <u>See</u> L.R. 16.3.

5.  The last day for <u>filing all other motions</u>, excluding motions in limine, is **30 days** after the close of discovery.  <u>See</u> L.R. 7.4.

Plaintiff's counsel shall ensure that a copy of this Order is served upon each party.

Finally, a party who cannot gain the cooperation of the other party in preparing the Rule 26(f) report should advise the Court prior to the due date of the report of the other party's failure to cooperate.

SO ORDERED.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

## _____ DIVISION

```
                              )
                              )
          Plaintiff           )
                              )
v.                            )     Case No.
                              )
                              )
                              )
          Defendant           )
```

## RULE 26(f) REPORT

1. Date of Rule 26(f) conference: _____

2. Parties or counsel who participated in conference:

   _____

   _____

   _____

3. If any defendant has yet to be served, please identify the
   defendant and state when service is expected.

   _____

4. Date the Rule 26(a)(1) disclosures were made or will be made:

   _____

5. If any party objects to making the initial disclosures required by
   Rule 26(a)(1) or proposes changes to the timing or form of those
   disclosures,

   (a)  Identify the party or parties making the objection or
        proposal:

        _____

        _____

        _____

   (b)  Specify the objection or proposal:

_____
_____
_____

6.   The Local Rules provide a 140-day period for discovery.  If any
     party is requesting additional time for discovery,

     (a)   Identify the party or parties requesting additional time:

     _____
     _____
     _____

     (b)   State the number of months the parties are requesting for
           discovery:

                                                     _____

months

     (c)   Identify the reason(s) for requesting additional time for
           discovery:

           _____  Unusually large number of parties

           _____  Unusually large number of claims or defenses

           _____  Unusually large number of witnesses

           _____   Exceptionally complex factual  issues

           _____  Need for discovery outside the United States

           _____  Other: _____
     (d)   Please provide a brief statement in support of each of the
           reasons identified above:

     _____
     _____
     _____

_____
_____
_____
_____

7.  If any party is requesting that discovery be limited to particular
    issues or conducted in phases, please

    (a)  Identify the party or parties requesting such limits:

         _____

         _____

         _____

    (b)  State the nature of any proposed limits:

         _____

         _____

         _____

8.  The Local Rules provide, and the Court generally imposes, the
    following deadlines:

    Last day for filing motions to add          60 days after issue is joined
    or join parties or amend pleadings

    Last day to furnish expert witness          60  days after Rule26(f)
    report by plaintiff                              conference

    Last day to furnish expert witness          90 days after Rule 26(f)
    report by a defendant                            conference (or
                                                     60 days
                                                     after the answer,
                                                     whichever is later)

Last day to file motions                    30 days after close of
                                             discovery

If any party requests a modification of any of these deadlines,

    (a)    Identify the party or parties requesting the modification:

           _____

           _____

           _____

    (b)    State which deadline should be modified and the reason
           supporting the request:

           _____

           _____

           _____

           _____

           _____

9.    If the case involves electronic discovery,

    (a)    State whether the parties have reached an agreement
           regarding the preservation, disclosure, or discovery of
           electronically stored information, and if the parties prefer to
           have their agreement memorialized in the scheduling order,
           briefly describe the terms of their agreement:

           _____

           _____

    (b)    Identify any issues regarding electronically stored
           information as to which the parties have been unable to
           reach an agreement:

           _____

           _____

10. If the case is known to involve claims of privilege or protection of trial preparation material,

    (a) State whether the parties have reached an agreement regarding the procedures for asserting claims of privilege or protection after production of either electronic or other discovery material:

_____

    (b) Briefly describe the terms of any agreement the parties wish to have memoralized in the scheduling order (or attach any separate proposed order which the parties are requesting the Court to enter addressing such matters):

_____

_____

    (c) Identify any issues regarding claims of privilege or protection as to which the parties have been unable to reach an agreement:

_____

_____

_____

11. State any other matters the Court should include in its scheduling order:

_____

_____

12. The parties certify by their signatures below that they have discussed the nature and basis of their claims and defenses and

the possibilities for prompt settlement or resolution of the case. Please state any specific problems that have created a hindrance to the settlement of the case:

_____

_____

_____

This _____ day of _____, 20 .

          Signed: _____

                                           *Attorney for Plaintiff*

                         _____

                                           *Attorney for Defendant*